IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KYLE TIMCO, | § | |
| | § | No. 96, 2024 |
| Plaintiff Below, Appellant, | § | |
| | § | Court Below—Court of |
| v. | § | Chancery of the State of |
| | § | Delaware |
| ALLIED WORLD, ARIZONA RISK | § | |
| MANAGEMENT, and MARICOPA | § | C.A. No. 2023-0798 |
| RISK MANAGEMENT, | § | |
| | § | |
| Defendants Below, Appellees. | § | |

Submitted: October 4, 2024
Decided: November 21, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After careful consideration of the opening brief and the record below, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Court of Chancery's letter decision dated January 31, 2024, adopting the Magistrate in Chancery's decision dated August 4, 2023, and dismissing the complaint. The appellant's outstanding motions in this Court are denied as moot or without merit.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice